IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-2-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CORNELL ALLEN MELVIN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to unseal statement of reasons and plea agreement, which includes a request for copies of the same (DE 81). Where no statement of reasons was filed in this case, that part of defendant's motion regarding a statement of reasons is TERMINATED as moot. With respect to defendant's plea agreement, defendant does not provide good cause for altering access designations on the court's docket with respect to sealing of defendant's plea agreement. Accordingly, that part of defendant's motion seeking to unseal his plea agreement is DENIED. However, in light of the age of the plea agreement and this case, in accordance with Standing Order 09-SO-02, the clerk is DIRECTED to provide defendant information on remitting payment for a copy of his plea agreement filed April 9, 2013 (DE 22), and the clerk is AUTHORIZED to transmit such copy of defendant's plea agreement to defendant if defendant remits the required payment.

SO ORDERED, this the 5th day of July, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge